RECEIVED
JUL 1 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KONSTANTIN BOKOV** | **CIVIL ACTION NO. 06-2304** |
| VS. | JUDGE DOHERTY |
| **ALBERTO GONZALES**<br>**MICHAEL CHERTUFF**<br>**GEORGE H. LUND, III**<br>**WARDEN J.P. YOUNG** | **MAGISTRATE JUDGE METHVIN** |

### ORDER CONTINUING EVIDENTIARY HEARING

On July 13, 2007, counsel for the government and petitioner contacted Magistrate Judge Methvin's office to request a continuance of the evidentiary hearing scheduled for July 17, 2007 at 9:30 a.m. Accordingly,

**IT IS HEREBY ORDERED** that the evidentiary hearing scheduled for July 17, 2007 is continued to **AUGUST 21, 2007 at 9:30 a.m.** before U. S. Magistrate Judge Methvin, in Lafayette at the U. S. Courthouse, Courtroom No. 7, 800 Lafayette Street, Lafayette, Louisiana.

**IT IS FURTHER ORDERED** that the *writ of habeas corpus ad testificandum* issued on June 1, 2007 is RECALLED.

**IT IS FURTHER ORDERED** that the Clerk shall issue a *writ of habeas corpus ad testificandum* to Warden J.P. Young, the Warden of the Federal Detention Center in Oakdale, Louisiana, requiring that the petitioner, Konstantin Bokov be delivered and produced before the undersigned at the Federal Courthouse, 800 Lafayette Street, Courtroom 7, Lafayette, Louisiana on **August 21, 2007 at 9:30 a.m.** for the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court send copies of this Order and the accompanying *Writ of Habeas Corpus Ad Testificandum* to petitioner, all counsel of record, the

2

United States Attorney for the Western District of Louisiana, the Federal Public Defender for the Western District of Louisiana, J.P. Young, the Warden of the Federal Detention Center in Oakdale, Louisiana, and the United States Marshal for the Western District of Louisiana.

**THE UNITED STATES MARSHAL IS DIRECTED** to arrange for the transportation of the petitioner to the federal courthouse in Lafayette, La., as soon as practicable, to produce him before the undersigned on **August 21, 2007 at 9:30 a.m.**, and to maintain custody of the petitioner throughout the evidentiary hearing, up to and including the return of the petitioner to his place of detention following the conclusion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that the Clerk of Court of the United States District Court make arrangements for the presence of a court reporter at the evidentiary hearing.

Signed at Lafayette, Louisiana on July 12, 2007.

C. Michael Hill
United States Magistrate Judge

COPY SENT:
DATE: 7-13-07
BY: gbc
TO: MEM
CWW
USM-3cert w/writ (via fax)
Blanchard, via fax
Thompson