RECEIVED
OCT - 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **KONSTANTIN BOKOV** | **CIVIL ACTION NO. 06-2304** |
| VS. | **JUDGE DOHERTY** |
| **ALBERTO GONZALES**<br>**MICHAEL CHERTUFF**<br>**GEORGE H. LUND, III**<br>**WARDEN J.P. YOUNG** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein, with the following exception: the name "Gregario Machado" found at p. 1 of the report should be and is hereby deemed "Konstantin Bokov."

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the government's motion to dismiss is **GRANTED** and that the petition is **DENIED and DISMISSED as moot.**

Lafayette, Louisiana this 3 day of October, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT